UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRENDON GAGNE,
JAMES FUNARO,
JEREMY WALENTY,
TAYLOR McLAREN, and
JOSHUA FORD

    Defendants.
_____/

No. 1:22-cr-00029

Hon. Robert J. Jonker

## MOTION TO UNSEAL

Now comes the United States of America, by Stephanie M. Carowan, Assistant United States Attorney, and moves this Court to unseal the Indictment in the above-entitled case because one or more of the defendants have been arrested.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: March 10, 2022

STEPHANIE M. CAROWAN
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: 3/10/2022

RAY KENT
United States Magistrate Judge
United States District Court