12/25/2022

Your Honor,

It's Christmas Day here at my house and I have set aside a little time to put my thoughts into this letter for James. I guess it is easier to start from the beginning. I know James because he works at an establishment where I frequent. As a gay man, I know that danger is always just around the corner in our current climate. I've been around to understand that there are people like Eric Robert Rudolf, the KKK, the Aryan Army, and a host of other folks out there that are filled with hate and wish to do people like me harm. It's hard to let your guard down anywhere these days with news of people being killed at grocery stores, night clubs, and even church. A couple of weeks ago, a man showed up at the doorway of the establishment that I frequent and declared that he had a gun and intended to come inside. Without a thought for his own personal safety, James; who was not armed engaged this person and detained him until the police arrived. I don't know if the guy had a gun or not but I will tell you that I'm really glad that there are people like James out there that will put themselves in harms way to protect total strangers like me and my spouse who were there at the time.

We all make mistakes. I know that James has made a mistake. When he told me about it, he didn't deny it or try to make an excuse. I don't know a lot about what he did to put himself before you but what I can tell you is when it really counted, James thought of me, a total stranger, before he thought of himself. Because of his actions, I owe him at least this letter. I wish I could do more. I am not his friend, I am not an associate or coworker. I'm just a guy that saw him do the right thing when it counted the most. I humbly ask that you may also consider that there is something more to this man than the situation that put him in front of you. I truly believe in people like you your honor to make the best decision.

Thank you for your time and consideration. Happy Holidays!

B. Mark Henry CWCP

Licensed Private Investigator: AL/GA/FL/TN/SC

Private Investigator Classroom Trainer: GA

MarkHenryPI LLC

markhenrypi@gmail.com

404-915-5603