| Conversation Summary | | | |
|---|---|---|---|
| **Target** | | | |
|  1171339001  James Funaro | | | Exhibit 1 |

| Other Participants |
|---|
| 1171339001 - James Funaro  ; 796802419 - ▓▓▓▓▓ |

| Date/Time | | Status | | Attachments | |
|---|---|---|---|---|---|
| First Message | 12/18/2020 at 06:56:43 | Privileged **0%** 0/30 | Pertinent **0%** 0/30 | Photos | 0 |
| Last Message | 12/24/2020 at 04:02:21 | | | Videos | 0 |
| | | Unreviewed Messages | 30 | | |

## Conversation Thread - {0} - 30

| Session | Date/Time | Sender ID | Sender Name | Message | Translation | Flag |
|---|---|---|---|---|---|---|
| 12294 | 12/18/2020 06:56:43 | 796802419 | | Hey James are you still in business? Wanted to make another order like I did before | | |
| 12295 | 12/18/2020 17:21:40 | 1171339001 | James Funaro | Hey yes how many packs? Come in ten packs of 100mg | | |
| 12296 | 12/18/2020 17:23:38 | 796802419 | | How much per pack again? | | |
| 12297 | 12/18/2020 17:25:37 | 1171339001 | James Funaro | Title [ExpressPCT | Buy Medications Online with Bitcoin] Summary [Shop & Buy Medications Online with Bitcoin Welcome to ExpressPCT, your one-stop shop for affordable online medications. We offer meds purchasable with credit card and Bitcoin. If you can not find what you need then please contact us and we will acquire it for you. We hope you enjoy our service!] Url [https://expresspct.com/] | | |
| 12298 | 12/18/2020 17:25:37 | 1171339001 | James Funaro | Like $5 plus shipping I go through and work with ExpressPCT.com now so go there, and I'll help you with payment later | | |
| 12299 | 12/18/2020 17:26:00 | 796802419 | | Oh ok | | |
| 12300 | 12/18/2020 17:26:24 | 1171339001 | James Funaro | Title [Viagra Archives - ExpressPCT] Summary [We have launched ExpressPEDs.ws, a website dedicated to all your AAS needs. Christmas sale! Use code Rudolph20 for 20% off everything except USA domestic. Code expires end of year! While we are dispatching as normal please expect carriers to take 1+ months to reach you due to Covid-19 disruptions. I...] Url [https://expresspct.com/product-category/root/all/usa-products/viagra/] | | |
| 12301 | 12/18/2020 17:26:27 | 1171339001 | James Funaro | https://expresspct.com/product-category/root/all/usa-products/viagra/ | | |
| 12302 | 12/18/2020 17:27:27 | 1171339001 | James Funaro | This is the USA warehouse, it's cheaper from the india/Europe warehouses on that site but can take a month |

| Session | Date/Time | Sender ID | Sender Name | Message | Translation | Flag |
|---|---|---|---|---|---|---|
| | | | | for delivery right now | | |
| 12303 | 12/18/2020 17:27:46 | 796802419 | | The US prices is good | | |
| 12304 | 12/18/2020 17:28:19 | 796802419 | | Im gonna order it tonight when I get home from work. | | |
| 12305 | 12/20/2020 21:18:05 | 796802419 | | Which pay option should I use? | | |
| 12306 | 12/24/2020 01:32:55 | 1171339001 | James Funaro | I'm sorry did you order? Pick Zelle and you can pay with Zelle or cashapp do those work for you? | | |
| 12307 | 12/24/2020 02:06:03 | 796802419 | | Yeah cashapp is good | | |
| 12308 | 12/24/2020 02:06:17 | 796802419 | | What's your cashapp? | | |
| 12309 | 12/24/2020 03:13:07 | 1171339001 | James Funaro | $james2774 | | |
| 12310 | 12/24/2020 03:13:26 | 1171339001 | James Funaro | Put your order Number in the memo please. No text just the numbers | | |
| 12311 | 12/24/2020 03:53:56 | 796802419 | | Payment info part I just pick zelle? | | |
| 12312 | 12/24/2020 03:54:04 | 1171339001 | James Funaro | Yes please | | |
| 12313 | 12/24/2020 03:57:48 | 796802419 | | John? | | |
| 12314 | 12/24/2020 03:58:25 | 1171339001 | James Funaro | Yes it autocorrected and I never fixed it lol | | |
| 12315 | 12/24/2020 03:58:43 | 796802419 | | Loo | | |
| 12316 | 12/24/2020 03:58:46 | 796802419 | | Ok sent | | |
| 12317 | 12/24/2020 03:58:51 | 796802419 | | Lol | | |
| 12318 | 12/24/2020 03:59:47 | 1171339001 | James Funaro | Thx I'll mark it as paid, express will send out a confirmation email tomorrow and take care of it | | |
| 12319 | 12/24/2020 04:00:06 | 796802419 | | Ok cool thanks | | |
| 12320 | 12/24/2020 04:00:36 | 796802419 | | So from now on I can just do it this way and your cashapp will alert you | | |
| 12321 | 12/24/2020 04:01:45 | 1171339001 | James Funaro | Yes as long as you put the order number in it's good I'll know. Dont share it though please i only use cashapp if |  | |

| Session | Date/Time | Sender ID | Sender Name | Message | Translation | Flag |
|---|---|---|---|---|---|---|
| | | | | needed as it's a personal account | | |
| 12322 | 12/24/2020 04:02:10 | 796802419 | | Oh yeah I won't share it at all | | |
| 12323 | 12/24/2020 04:02:21 | 796802419 | | Thanks a lot | | |