## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. JAMES FUNARO | | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:22-CR-29 (02) | 2/27/23 | 4:10 - 5:36 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Stephanie Carowan | Defendant: Daniel R. Fagan | Counsel Designation: CJA Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment: __ mute __ nolo contendre __ not guilty __ guilty<br>__ Final Pretrial Conference<br>__ Detention (waived __)<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other: Judgment | Charging Document:<br>__ Read __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing: _____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| Imprisonment: 15 months<br>Probation: _____<br>Supervised Release: 3 years<br>Fine: $ waived<br>Restitution: $ _____<br>Special Assessment: $ 100.00 | Plea Agreement Accepted: ✓ Yes __ No<br>Defendant informed of right to appeal: ✓ Yes __ No<br>Counsel informed of obligation to file appeal: ✓ Yes __ No<br>Conviction Information:<br>  Date: 8/17/22<br>  By: Plea<br>  As to Count (s): Count 2 |
|---|---|

**ADDITIONAL INFORMATION:**

Counts 1 and 3 dismissed on motion of the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |